**COLT B. DODRILL, ESQ.**
**Nevada Bar No. 9000**
**WOLFE & WYMAN LLP**
**6757 Spencer Street**
**Las Vegas, NV 89119**
**Tel: (702) 476-0100**
**Fax: (702) 476-0101**
**cbdodrill@wolfewyman.com**

**Attorneys for Plaintiffs**
**DITECH FINANCIAL LLC and**
**FEDERAL NATIONAL MORTGAGE**
**ASSOCIATION**

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DITECH FINANCIAL LLC; FEDERAL NATIONAL MORTGAGE ASSOCIATION, a government-sponsored entity, <br><br> Plaintiffs, <br><br> v. <br><br> RESOURCES GROUP, LLC, as Trustee of the REBER DR. TRUST, <br><br> Defendant. | CASE NO.: 2:17-cv-01823-JAD-CHW <br><br> **STIPULATION AND ORDER TO EXTEND TIME FOR DITECH FINANCIAL LLC AND FEDERAL NATIONAL MORTGAGE ASSOCIATION TO RESPOND TO MOTION TO DISMISS** <br><br> **(FIRST REQUEST)** |

Pursuant to LR 6-1(b), DITECH FINANCIAL LLC (formerly known as Green Tree Servicing LLC (hereinafter "Ditech"), FEDERAL NATIONAL MORTGAGE ASSOCIATION (hereinafter "Fannie Mae") and Resources Group, LLC as Trustee of the Reber Dr Trust (hereinafter referred to as "Defendant") by and through their attorneys, hereby stipulate and agree that Ditech and Fannie Mae shall be granted an extension to file their Response to Defendant's Motion to Dismiss (ECF No. 11.) which is currently due on **September 4, 2017**. Good cause exists to extend the response deadline based on the volume of cases raising similar issues handled by counsel for Ditech and Fannie Mae. An extension for Ditech and Fannie Mae to respond to Defendant's Motion to Dismiss will allow Ditech and Fannie Mae the opportunity to more properly address the myriad of substantive issues raised in the Motion to Dismiss, including, *inter alia*, the Federal Foreclosure Bar and the constitutionality of NRS 116.3116, *et al*.

1

2828599.4

Therefore, the parties stipulate for an extension such that Ditech and Fannie Mae may file its Response to Defendant's Motion to Dismiss to **September 18, 2017**.

This stipulated extension is not submitted for any improper purpose or delay.

**IT IS SO STIPULATED.**

DATED:  August 28, 2017                    WOLFE & WYMAN LLP


By: */s/ Colt B. Dodrill*
_____
COLT B. DODRILL, ESQ.
Nevada Bar No. 9000
6757 Spencer Street
Las Vegas, NV  89119

*Attorneys for Plaintiffs*
*DITECH FINANCIAL LLC and*
*FEDERAL NATIONAL MORTGAGE ASSOCIATION*


DATED:  August 28, 2017                    LAW OFFICES OF MICHAEL F. BOHN, ESQ., LTD.


By: */s/ Michael F. Bohn*
_____
MICHAEL F. BOHN. ESQ.
Nevada Bar No. 1641
ADAM R. TRIPPIEDI, ESQ.
Nevada Bar No. 12294
376 East Warm Springs Road, Ste. 140
Las Vegas, NV 89119

*Attorneys for Defendant RESOURCES GROUP, LLC*
*as Trustee of the Reber Dr. Trust*


**IT IS SO ORDERED.**


Dated: August 28, 2017.


_____
UNITED STATES DISTRICT JUDGE