# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

DITECH FINANCIAL LLC,

           Plaintiff,

vs.

FEDERAL NATIONAL MORTGAGE ASSOCIATION,

           Defendant.

Case No. 2:17-cv-01823-JAD-CWH

**ORDER**

In reviewing the docket in this case, it has come to the court's attention the parties have not filed a proposed discovery plan and scheduling order. The court-ordered deadline for doing so was November 30, 2018. (Order (ECF No. 27).) The parties must meet and confer and file a proposed discovery plan and scheduling order by December 27, 2018.

IT IS SO ORDERED.

DATED: December 6, 2018

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**