**DANIELLE A. KOLKOSKI, ESQ.**
Nevada Bar No. 8506
**WOLFE & WYMAN LLP**
6757 Spencer Street
Las Vegas, NV 89119
Tel: (702) 476-0100
Fax: (702) 476-0101
cbdodrill@wolfewyman.com

Attorneys for Plaintiffs
DITECH FINANCIAL LLC and
FEDERAL NATIONAL MORTGAGE
ASSOCIATION

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DITECH FINANCIAL LLC; FEDERAL NATIONAL MORTGAGE ASSOCIATION, a government-sponsored entity,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>RESOURCES GROUP, LLC, as Trustee of the REBER DR. TRUST,<br><br>　　　　Defendant. | CASE NO.: 2:17-cv-01823-JAD-CHW<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DITECH FINANCIAL LLC AND FEDERAL NATIONAL MORTGAGE ASSOCIATION TO RESPOND TO DEFENDANT'S RENEWED MOTION TO DISMISS**<br><br>**(FIRST REQUEST)** |

Pursuant to LR 6-1(b), DITECH FINANCIAL LLC (formerly known as Green Tree Servicing LLC (hereinafter "Ditech"), FEDERAL NATIONAL MORTGAGE ASSOCIATION (hereinafter "Fannie Mae") and Resources Group, LLC as Trustee of the Reber Dr Trust (hereinafter referred to as "Defendant") by and through their attorneys, hereby stipulate and agree that Ditech and Fannie Mae shall be granted a thirty (30) day extension to file their Response to Defendant's Renewed Motion to Dismiss (ECF No. 28.) which is currently due on **December 13, 2018**. Good cause exists to extend the response deadline based on the volume of cases raising similar issues handled by counsel for Ditech and Fannie Mae. An extension for Ditech and Fannie Mae to respond to Defendant's Motion to Dismiss will allow Ditech and Fannie Mae the opportunity to more properly address the myriad of substantive issues raised in the Renewed Motion to Dismiss, including, *inter alia*, the Federal Foreclosure Bar and the constitutionality of NRS 116.3116, *et al*.

Therefore, the parties stipulate for an extension such that Ditech and Fannie Mae may file its Response to Defendant's Renewed Motion to Dismiss to **January 14, 2019**.

This stipulated extension is not submitted for any improper purpose or delay.

**IT IS SO STIPULATED.**

DATED: December 6, 2018　　　WOLFE & WYMAN LLP

By: */s/ Danielle A. Kolkoski*
　　DANIELLE A. KOLKOSKI, ESQ.
　　Nevada Bar No. 8506
　　6757 Spencer Street
　　Las Vegas, NV 89119

　　*Attorneys for Plaintiffs*
　　*DITECH FINANCIAL LLC and*
　　*FEDERAL NATIONAL MORTGAGE ASSOCIATION*

DATED: December 6, 2018　　　LAW OFFICES OF MICHAEL F. BOHN, ESQ., LTD.

By: */s/Michael F. Bohn*
　　MICHAEL F. BOHN. ESQ.
　　Nevada Bar No. 1641
　　NIKOLL NIKCI, ESQ.
　　Nevada Bar No. 10699
　　2260 Corporate Circle, Suite 480
　　Henderson, NV 89074

　　*Attorneys for Defendant RESOURCES GROUP, LLC*
　　*as Trustee of the Reber Dr. Trust*

**IT IS SO ORDERED.**

Dated: December 10, 2018.

_____
UNITED STATES DISTRICT JUDGE

3228862.1